| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Kelly, Gregory J. | 2. Court or Organization<br><br>Florida - District Court | 3. Date of Report<br><br>05/12/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Full Time Magistrate | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>401 W. Central Blvd.<br>Suite 3-550<br>Orlando, FL 32801 |
|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2014 | Akerman Senterfitt 401k SunTrust Retirement Plan, Self-Directed |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 05/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Employment - Orange County Public Schools |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Gregory J.** | 05/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | Visa | Credit Card | J |
| 3. | Mastercard (CitiCards) | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Orlando, FL (2004 $257,000) | D | Rent | N | R | | | | | |
| 2. Rental Property #2, Orlando, FL (2004 $260,000) | E | Rent | N | R | | | | | |
| 3. Brokerage Account #1 | | | | | | | | | |
| 4. -Vanguard 500 Index Fund Admiral (VFIAX) | B | Dividend | L | T | | | | | |
| 5. -Vanguard Mid-Cap Index Fund Admiral (VIMAX) | B | Dividend | L | T | | | | | |
| 6. -Vanguard Selected Value Fund (VASVX) | C | Dividend | L | T | | | | | |
| 7. -Vanguard Value Index Fund Admiral (VVIAX) | | None | | | Sold | 01/10/14 | K | D | |
| 8. Vanguard Growth Index Fund Adm (VIAGX) | A | Dividend | K | T | | | | | |
| 9. Brokerage Account #2 | | | | | | | | | |
| 10. -SunTrust Agressive Option (Y) | | None | | | Merged (with line 15) | 03/31/14 | N | | |
| 11. -SunTrust Conservative Option (Y) | | None | | | Merged (with line 13) | 03/31/14 | L | | |
| 12. -SunTrust Moderate Option (Y) | | None | | | Merged (with line 14) | 03/31/14 | M | | |
| 13. Oppenheimer International Growth Y | A | Dividend | L | T | | | | | |
| 14. Janus Venture Fund T | E | Dividend | N | T | | | | | |
| 15. Artisan Mid Cap Value Investor | E | Dividend | N | T | | | | | |
| 16. Brokerage Account #3 (IRA) | | | | | | | | | |
| 17. -Vanguard Emerging Markets Stock Index Admiral (VEMAX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Growth Index Fund Admiral (VIGAX) | A | Dividend | K | T | | | | | |
| 19. -Vanguard 500 Index Fund Admiral (VFIAX) | A | Dividend | K | T | | | | | |
| 20. -Vanguard Mid-Cap Index Fund Admiral (VIMAX) | A | Dividend | K | T | | | | | |
| 21. Brokerage Account #4 (403b) | | | | | | | | | |
| 22. -Vanguard Global Equity Fund (VHGEX) | A | Dividend | J | T | | | | | |
| 23. -Vanguard Growth Index Fund Investors (VIGRX) | A | Dividend | K | T | | | | | |
| 24. -Vanguard 500 Index Fund Investors (VFINX) | A | Dividend | K | T | | | | | |
| 25. -Vanguard Mid-Cap Index Fund Investors (VIMSX) | A | Dividend | L | T | | | | | |
| 26. Brokerage Account #5 (IRA) | | | | | | | | | |
| 27. -Vanguard Emerging Markets Stock Index Admiral (VEMAX) | A | Dividend | J | T | | | | | |
| 28. -Vanguard 500 Index Fund Admiral (VFIAX) | B | Dividend | L | T | | | | | |
| 29. -Vanguard Mid-Cap Index Fund Admiral (VIMAX) | A | Dividend | K | T | | | | | |
| 30. -Vanguard Value Index Fund Admiral (VVIAX) | A | Dividend | K | T | | | | | |
| 31. Brokerage Account #6 | | | | | | | | | |
| 32. -Oppenheimer Discovery Fund Class A (OPOCX) | | None | | | Sold | 05/02/14 | K | C | |
| 33. Brokerage Account #7 | | | | | | | | | |
| 34. American Century (TWGTX) | | None | | | Sold | 05/14/14 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bank Account - Central Florida Educators Credit Union | A | Interest | K | T | | | | | |
| 36. Bank Account - Central Florida Educators Credit Union | A | Interest | J | T | | | | | |
| 37. Brokerage Account #8 | | | | | | | | | |
| 38. FT Unit 3783 75/25 Strategic Allocation Port 4Q 12 | | None | | | Redeemed | 01/22/14 | L | D | |
| 39. Federated Prime Obligations Trust SH (POLXX) | A | Dividend | | | Closed | 12/11/14 | J | | |
| 40. Ishares Trust Core MSCI Europe ISIN (IEUR) | | None | | | Buy | 08/18/14 | J | | |
| 41. | | | | | Merged (with line 109) | 12/12/14 | J | | |
| 42. Ishares Trust Ishares Core MSCI PAC (IPAC) | | None | | | Buy | 08/18/14 | J | | |
| 43. | | | | | Merged (with line 110) | 12/12/14 | J | | |
| 44. Ishares 3-7 Year Treasury Bond ETF (IEI) | A | Dividend | | | Buy | 03/27/14 | J | | |
| 45. | | | | | Merged (with line 111) | 12/12/14 | J | | |
| 46. Pimco ETF Tr 1-5 yr US Tips Index Fd (STPZ) | A | Dividend | | | Buy | 03/27/14 | J | | |
| 47. | | | | | Merged (with line 112) | 12/12/14 | J | | |
| 48. Brandes International Small Cap Equity I (BISMX) | A | Dividend | | | Buy | 03/25/14 | J | | |
| 49. | | | | | Merged (with line 113) | 12/12/14 | J | | |
| 50. Cambiar Small Cap Fund Institutional (CAMZX) | | None | | | Buy | 03/25/14 | J | | |
| 51. | | | | | Merged (with line 114) | 12/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Eaton Vance Atlanta Cap SMID Cap Fd I (EISMX) | A | Dividend | | | Buy | 03/27/14 | J | | |
| 53. | | | | | Merged (with line 115) | 12/12/14 | J | | |
| 54. Federated Strategic Value Dividend IS (SVAIX) | A | Dividend | | | Buy | 03/25/14 | J | | |
| 55. | | | | | Sold (part) | 08/18/14 | J | A | |
| 56. | | | | | Merged (with line 116) | 12/12/14 | J | | |
| 57. Goldman Sachs Local Emrg Mrkts Debt CL I (GIMDX) | A | Dividend | | | Buy | 03/27/14 | J | | |
| 58. | | | | | Sold | 10/27/14 | J | A | |
| 59. John Hancock Disciplined Value I (JVLIX) | | None | | | Buy | 03/27/14 | J | | |
| 60. | | | | | Merged (with line 117) | 12/12/14 | J | | |
| 61. JP Morgan US Equity Fund Instl Class (JMUEX) | A | Dividend | | | Buy | 03/25/14 | J | | |
| 62. | | | | | Merged (with line 118) | 12/12/14 | J | | |
| 63. Mainstay Icap International Fd I (ICEUX) | | None | | | Buy | 03/25/14 | J | | |
| 64. | | | | | Sold (part) | 08/18/14 | J | A | |
| 65. | | | | | Merged (with line 119) | 12/12/14 | J | | |
| 66. Manning & Napier World Oppt Ser CL A (EXWAX) | A | Dividend | | | Buy | 03/25/14 | J | | |
| 67. | | | | | Sold (part) | 08/18/14 | J | A | |
| 68. | | | | | Merged (with line 120) | 12/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Oppenheimer Dev Markets Fd Class Y (ODVYX) | A | Dividend | | | Buy | 03/27/14 | J | | |
| 70. | | | | | Sold (part) | 08/18/14 | J | A | |
| 71. | | | | | Merged (with line 121) | 12/12/14 | J | | |
| 72. T Rowe Price Divers Small Cap Growth (PRDSX) | A | Dividend | | | Buy | 03/25/14 | J | | |
| 73. | | | | | Merged (with line 122) | 12/12/14 | J | | |
| 74. T Rowe Price Instl Large Cap Growth (TRLGX) | | None | | | Buy | 03/25/14 | J | | |
| 75. | | | | | Merged (with line 123) | 12/12/14 | J | | |
| 76. Van Eck Emerging Markets Fund CL Y (EMRYX) | | None | | | Buy | 08/18/14 | J | | |
| 77. | | | | | Merged (with line 124) | 12/12/14 | J | | |
| 78. Wasatch Long/Short Fund (FMLSX) | | None | | | Buy | 03/25/14 | J | | |
| 79. | | | | | Merged (with line 125) | 12/12/14 | J | | |
| 80. Wells Fargo Advtng Absolute Return Inst (WABIX) | A | Dividend | | | Buy | 03/27/14 | J | | |
| 81. | | | | | Merged (with line 126) | 12/12/14 | J | | |
| 82. Doubleline Total Return Bond Fd Cl I (DBLTX) | A | Dividend | | | Buy | 03/25/14 | J | | |
| 83. | | | | | Merged (with line 127) | 12/12/14 | J | | |
| 84. Eaton Vance Floating Rate Class I (EIBLX) | A | Dividend | | | Buy | 03/27/14 | J | | |
| 85. | | | | | Merged (with line 128) | 12/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pimco Emerging Local Bond Fd Inst CL (PELBX) | A | Dividend | | | Buy | 03/25/14 | J | | |
| 87. | | | | | Merged (with line 129) | 12/12/14 | J | | |
| 88. Pimco Inv Grade Corp Bond Instl (PIGIX) | A | Dividend | | | Buy | 03/25/14 | J | | |
| 89. | | | | | Merged (with line 130) | 12/12/14 | J | | |
| 90. The Osterweis Strategic Income Fd (OSTIX) | A | Dividend | | | Buy | 03/25/14 | J | | |
| 91. | | | | | Merged (with line 131) | 12/12/14 | J | | |
| 92. Vanguard Backed Securities Indx Adm (VMBSX) | A | Dividend | | | Buy | 10/27/14 | J | | |
| 93. | | | | | Merged (with line 132) | 12/12/14 | J | | |
| 94. Aberdeen Equity Longshort Fund Instl CL (GGUIX) | | None | | | Buy | 03/25/14 | J | | |
| 95. | | | | | Sold | 08/18/14 | J | A | |
| 96. T Rowe Price Real Estate Fund (TRREX) | A | Dividend | | | Buy | 03/25/14 | J | | |
| 97. | | | | | Sold | 08/18/14 | J | A | |
| 98. Western Asset Mort Backed Sec CL I (SGSYX) | A | Dividend | | | Buy | 03/25/14 | J | | |
| 99. | | | | | Sold | 10/27/14 | J | A | |
| 100. Brokerage Account #9 (403b) | | | | | | | | | |
| 101. -American Century Heritage (TWHIX) | E | Dividend | M | T | Buy | 01/13/14 | L | | |
| 102. -American Century Mid Cap Value (ACMVX) | | None | | | Merged (with line 101) | 01/13/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Brokerage Account #10 | | | | | | | | | |
| 104. American Century Heritage (TWHIX) | B | Dividend | J | T | Buy | 01/13/14 | J | | |
| 105. American Century Mid Cap Value (ACMVX) | | None | | | Merged (with line 104) | 01/13/14 | J | | |
| 106. Brokerage Account #11 (Bene IRA) | | | | | | | | | |
| 107. Vanguard International Growth Inv | A | Dividend | K | T | | | | | |
| 108. Brokerage Account #12 | | | | | | | | | |
| 109. Ishares Trust Core MSCI Europe ISIN (IEUR) | A | Dividend | J | T | | | | | |
| 110. Ishares Trust Shares Core MSCI PAC (IPAC) | A | Dividend | J | T | | | | | |
| 111. Ishares 3-7 yr Treasury Bond ETF (IEI) | A | Dividend | J | T | | | | | |
| 112. Pimco ETF Tr 1-5 yr US Tips Index Fd (STPZ) | | None | J | T | | | | | |
| 113. Brandes International Small Cap Equity I (BISMX) | A | Dividend | J | T | | | | | |
| 114. Cambiar Small Cap Fund - Institutional (CAMZX) | A | Dividend | J | T | | | | | |
| 115. Eaton Vance Atlanta Cap SMID Cap Fd I (EISMX) | | None | J | T | | | | | |
| 116. Federated Strategic Value Dividend IS (SVAIX) | A | Dividend | J | T | | | | | |
| 117. John Hancock Disciplined Value I (JVLIX) | A | Dividend | J | T | | | | | |
| 118. JP Morgan US Equity Fund Instl Class (JMUEX) | A | Dividend | J | T | | | | | |
| 119. Mainstay ICap International Fd I (ICUEX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Manning & Napier World Oppt Ser CL A (EXWAX) | A | Dividend | J | T | | | | | |
| 121. Oppenheimer Dev Markets Fd Class Y (ODVYX) | | None | J | T | | | | | |
| 122. T Rowe Price Divers Small cap Growth (PRDSX) | | None | J | T | | | | | |
| 123. T Rowe Price Instl Large Cap Growth (TRLGX) | A | Dividend | J | T | | | | | |
| 124. Van Eck Emerging Markets Fund CL Y (EMRYX) | | None | J | T | | | | | |
| 125. Wasatch Long/Short Fund (FMLSX) | A | Dividend | J | T | | | | | |
| 126. Wells Fargo Advtng Absolute Return Inst (WABIX) | A | Dividend | J | T | | | | | |
| 127. Doubleline Total Return Bond Fd Cl I (DBLTX) | A | Dividend | J | T | | | | | |
| 128. Eaton Vance Floating Rate Class I (EIBLX) | A | Dividend | J | T | | | | | |
| 129. Pimco Emerging Local Bond Fd Inst CL (PELBX) | A | Dividend | J | T | | | | | |
| 130. Pimco Inv Grade Corp Bond Instl (PIGIX) | A | Dividend | J | T | | | | | |
| 131. The Osterweis Strategic Income Fd (OSTIX) | A | Dividend | J | T | | | | | |
| 132. Vanguard Backed Securities Indx Adm (VMBSX) | A | Dividend | J | T | | | | | |
| 133. Sun Trust Bank Deposit Sweep Program | | None | J | T | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Gregory J. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kelly, Gregory J. | 05/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(Y) - These were funds that filer did not have direct control/selection of. As a result, only the information related to the fund as a whole was previously reported and no details of income were tracked. During 2014 these funds were sold and specific mutual funds were purchased in their place. These have been noted by "merged with line #" to show the new fund that replaced the existing groups of moderate, conservative and aggressive.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory J. Kelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544